1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   LARRY TOTTEN, et al.,

10          Plaintiffs,                        No. C 03-00281 JSW

11      v.                               **ORDER DENYING WITHOUT**
                                         **PREJUDICE MOTION FOR POST**
12  MICHAEL MAHER, et al.,               **JUDGMENT ATTORNEY FEES**

13          Defendants.
                                                      /

14

15          This matter comes before the Court upon consideration of Plaintiffs' motion for post-judgment

16  attorneys' fees, submitted in connection with their ex parte application for a writ of execution.

17          On June 1, 2004, the Court issued an Order granting a motion for post-judgment attorneys'

18  fees that was filed on May 6, 2004.  In that motion, Plaintiffs' sought post-judgment attorneys' fees

19  and costs from the date of judgment, December 19, 2003, through April 23, 2004.  In the instant

20  motion, Plaintiffs have requested post-judgment attorneys' fees and costs from December 19, 2003

21  through March 2, 2005.  Because it appears to the Court that at least some of these attorneys' fees

22  and costs would have been included in its June 1, 2004 Order, the Court DENIES WITHOUT

23  PREJUDICE Plaintiffs' motion.  Plaintiffs should submit a revised application and motion that clearly

24  identifies fees incurred post-judgment that were not included

25

26

27

28

*United States District Court*

For the Northern District of California

in the June 1, 2004 Order.

**IT IS SO ORDERED.**

Dated:  May 24, 2005

 /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2